## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | ) |
|  | ) CASE NO. 15-64825-JWC |
| JOSEPH CHARLES YOAST, | ) |
|  | ) CHAPTER 13 |
| Debtor. | ) |

## SUGGESTION OF DEATH

COMES NOW THE DEBTOR in the above-styled Chapter 13 case, by and through counsel, and files this "Suggestion of Death", showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 U.S.C. Section 1334, 28 U.S.C. Section 151, and 28 U.S.C. Section 157.

2.

This Court is the proper venue for this matter pursuant to 28 USC Section 1409.

3.

This matter is a core proceeding within the contemplation of 28 U.S.C. Section 157.

4.

Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code on August 4, 2015.

5.

Upon information and belief, the Debtor Joseph Charles Yoast passed away in 2019.

WHEREFORE, Debtor prays:

(a) That this Suggestion be filed, read, and considered; and

(b) That this Honorable Court grant such further relief as it may deem just and proper.

                                    Respectfully submitted,

                                    /s/
                            Kelly Thomas
                            GA Bar No. 305227
                            Attorney for Debtor
                            BERRY AND ASSOCIATES
                            2751 Buford Hwy, Suite 600
                            Atlanta, GA 30324
                            (404) 235-3300
                            kthomas@mattberry.com

## CERTIFICATE OF SERVICE

This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Ave, Suite 120
Atlanta GA 30303

Estate of Joseph C. Yoast
3861 Newnan Rd
Griffin GA 30223

(Plus to all Creditors on attached Creditor Mailing Matrix)

This the 18th day of April, 2019.

/s/
Kelly Thomas
GA Bar No. 305227
Attorney for the Debtor

BERRY & ASSOCIATES
2751 Buford Highway, Suite 600
Atlanta, GA 30324
(404) 235-3300

```
Label Matrix for local noticing          American Express Centurion Bank          American Express Centurion Bank
113E-1                                   CT Corporation System, Reg. Agent        L. Craig Downs, CEO
Case 15-64825-jwc                        1201 Peachtree Street, NE                4315 South 2700 West
Northern District of Georgia             Atlanta, GA 30361-3503                   Salt Lake City, UT 84184-0001
Atlanta
Thu Apr 18 14:45:21 EDT 2019

American Express Centurion Bank          American Express Centurion Bank          Bankfirst/BB & T
c o Becket and Lee LLP                   c/o Zwicker & Associates, PC             Attention: Bankruptcy
POB 3001                                 2470 Satellite Blvd.                     PO Box 1847
Malvern, PA 19355-0701                   Suite 120                                Wilson, NC 27894-1847
                                         Duluth, GA 30096-1256

Matthew Thomas Berry                     Cbna                                     Chase - Cc
Matthew T. Berry & Associates            Po Box 6189                              Chase Card Svcs/Attn:Bankruptcy Dept
Suite 600                                Sioux Falls, SD 57117-6189               PO Box 15298
2751 Buford Highway, NE                                                           Wilmington, DE 19850-5298
Atlanta, GA 30324-5457

Jayson R. Davis                          GECRB/JC Penny                           Midland Funding
Matthew T. Berry & Associates            Attention:  Bankruptcy                   8875 Aero Dr Ste 200
Suite 600                                PO Box 103104                            San Diego, CA 92123-2255
2751 Buford Highway NE                   Roswell, GA 30076-9104
Atlanta, GA 30324-5457

Carrie L Oxendine                        Portfolio Recovery Ass                   (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Matthew T. Berry & Associates            120 Corporate Blvd Ste 1                 PO BOX 41067
Suite 600                                Norfolk, VA 23502-4952                   NORFOLK VA 23541-1067
2751 Buford Highway NE
Atlanta, GA 30324-5457

Snap On Crdt                             Syncb/brandsmart                         Wachov/ftu/Wells Fargo
Attn: Bankruptcy                         C/o Po Box 965036                        PO Box 31557
950 Technology Way  Suite 301            Orlando, FL 32896-0001                   MAC B6955-01B
Libertyville, Il 60048-5339                                                       Billings, MT 59107-1557

Wachrl                                   Wells Fargo Bank Nv Na                   Wells Fargo Bank, N.A.
Pob 3117                                 Attn: Deposits Bankruptcy MAC# P6103-05K 1 Home Campus
Winston Salem, NC 27102-3117             PO Box 3908                              X2303-01A
                                         Portland, OR 97208-3908                  Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.                   Wellsfargo                               Wf Fin Bank
Home Equity Group                        800 Walnut St                            Attention: Bankruptcy
1 Home Campus   X2303-01A                Des Moines, IA 50309-3605                PO Box 10438
Des Moines, IA 50328-0001                                                         Des Moines, IA 50306-0438

Nancy J. Whaley                          Joseph Charles Yoast
Nancy J. Whaley, Standing Ch. 13 Trustee 3861 Newnan Rd
303 Peachtree Center Avenue              Griffin, GA 30223-7057
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303-1216
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients    25
Bypassed recipients     0
Total                  25